1
2
3
4
5
6

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

7
8
9
10
11
12
13

| FEDERAL DEPOSIT INSURANCE CORPORATION, | 2:11-CV-1455 JCM (CWH) |
|---|---|
| Plaintiff, | |
| v. | |
| MICHAEL F. OAKES, | |
| Defendant. | |

14

**ORDER**

15    Presently before the court are the report and recommendation of Magistrate Judge Carl W.

16 Hoffman (doc. #19) denying plaintiff's motion to strike (doc. #10).  Plaintiff has not filed any

17 objections.

18    Reviewing the magistrate judge's report, this court agrees that it is inappropriate to strike

19 defendant's affirmative defense.

20    Accordingly,

21    IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Magistrate Judge

22 Hoffman's recommendation (doc. #19) is adopted in its entirety.

23    IT IS THEREFORE ORDERED, that plaintiff's motion to strike (doc. #10), be and the same

24 hereby is, DENIED.

25    DATED April 18, 2012.

26
27    _____
     **UNITED STATES DISTRICT JUDGE**

28

**James C. Mahan**
**U.S. District Judge**