# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| FEDERAL DEPOSIT INSURANCE CORPORATION, | 2:11-CV-1455 JCM (CWH) |
|---|---|
| Plaintiff, | |
| v. | |
| MICHAEL F. OAKES, | |
| Defendant. | |

# ORDER

Presently before the court are the report and recommendation of Magistrate Judge Carl W. Hoffman (doc. #19) denying plaintiff's motion to strike (doc. #10). Plaintiff has not filed any objections.

Reviewing the magistrate judge's report, this court agrees that it is inappropriate to strike defendant's affirmative defense.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Magistrate Judge Hoffman's recommendation (doc. #19) is adopted in its entirety.

IT IS THEREFORE ORDERED, that plaintiff's motion to strike (doc. #10), be and the same hereby is, DENIED.

DATED April 18, 2012.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**