|   |   |
|---|---|
| 1 | David R. Hall, Bar No. 9571 |
|   | Scott S. Bell, Bar No. 9507 |
| 2 | PARSONS BEHLE & LATIMER |
|   | 201 South Main Street, Suite 1800 |
| 3 | Salt Lake City, Utah 84111 |
|   | Telephone: (801) 532-1234 |
| 4 | dhall@parsonsbehle.com |
| 5 | sbell@parsonsbehle.com |

Robert W. DeLong, Bar No. 10022
PARSONS BEHLE & LATIMER
50 W. Liberty Street, Suite 750
Reno, Nevada 89501
Telephone: (775) 323-1601
rdelong@parsonsbehle.com

Attorneys for Plaintiff FEDERAL DEPOSIT INSURANCE CORPORATION as Receiver for AMTRUST BANK

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| FEDERAL DEPOSIT INSURANCE CORPORATION as Receiver for AMTRUST BANK, | **STIPULATED MOTION TO DISMISS AND ORDER** |
|---|---|
| Plaintiff, | |
| v. | Case No. 2:11-cv-01455-JCM-CWH |
| MICHAEL F. OAKES, individually and doing business as OAKES APPRAISAL; and DOES 1 through 5, inclusive, | |
| Defendants. | |

Counsel of record for Defendant Michael F. Oakes ("Defendant") and counsel of record for Plaintiff FEDERAL DEPOSIT INSURANCE CORPORATION as receiver for AMTRUST BANK ("FDIC"), hereby stipulate and move the court for entry of an order dismissing with prejudice all causes of action pending in the above-entitled matter. Each party to bear its own attorney fees and costs.

4832-0883-9956.1

1
2   DATED this 18th day of July, 2013.                    DATED this 19th day of July, 2013.
3
4   By: /s/ J. Scott Burris                               By: /s/ David R. Hall
       *(signed by filing attorney with permission of*        David R. Hall, Bar No. 9571
       *Defendants' attorney)*                               Scott S. Bell, Bar No. 9507
5      Michael M. Edwards, Bar No. 6281                    PARSONS BEHLE & LATIMER
       John Scott Burris, Bar No. 10529                    201 South Main Street, Suite 1800
6      WILSON ELSER MOSKOWITZ                              Salt Lake City, Utah 84111
       EDELMAN & DICKER                                    Telephone:  (801) 532-1234
7      300 South Fourth Street, 11th Floor                 Facsimile:   (801) 536-6111
       Las Vegas, Nevada 89101
8      Telephone: (702) 727-1400                           Robert W. DeLong, Bar No. 10022
9      Facsimile:  (702) 727-1401                          PARSONS BEHLE & LATIMER
                                                           50 W. Liberty Street, Suite 750
10     Attorneys for Defendants Michael F. Oakes           Reno, Nevada 89501
       and Oakes Appraisal                                 Telephone:  (775) 323-1601
11                                                         Facsimile:   (775) 348-72500
12
                                                           Attorneys for Plaintiff Federal Deposit
13                                                         Insurance Corporation as Receiver for
                                                           AmTrust Bank
14
15
16                                                         **IT IS SO ORDERED**
17
18                                                         _____
                                                           UNITED STATES DISTRICT JUDGE
19                                                         Dated: _July 23, 2013_____
20
21
22
23
24
25
26
27
28

-2-

4832-0883-9956.1

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of July, 2013, I filed the foregoing using the ECF system which sent notice to the following:

Michael M. Edwards
John Scott Burris
WILSON ELSER MOSKOWITZ
EDELMAN & DICKER
300 South Fourth Street, 11th Floor
Las Vegas, Nevada 89101
Michael.Edwards@wilsonelser.com
J.Scott.Burris@wilsonelser.com

Attorneys for Defendant

/s/David R. Hall

-3-

4832-0883-9956.1