| | |
|---|---|
| 1 | David R. Hall, Bar No. 9571 |
| | Scott S. Bell, Bar No. 9507 |
| 2 | PARSONS BEHLE & LATIMER |
| | 201 South Main Street, Suite 1800 |
| 3 | Salt Lake City, Utah 84111 |
| | Telephone:  (801) 532-1234 |
| 4 | dhall@parsonsbehle.com |
| | sbell@parsonsbehle.com |
| 5 | |
| 6 | Robert W. DeLong, Bar No. 10022 |
| | PARSONS BEHLE & LATIMER |
| 7 | 50 W. Liberty Street, Suite 750 |
| | Reno, Nevada 89501 |
| 8 | Telephone:  (775) 323-1601 |
| | rdelong@parsonsbehle.com |
| 9 | |
| 10 | Attorneys for Plaintiff FEDERAL DEPOSIT INSURANCE |
| | CORPORATION as Receiver for AMTRUST BANK |

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION as Receiver for AMTRUST BANK, | | **STIPULATED MOTION TO DISMISS AND ORDER** |
| Plaintiff, | | |
| v. | | Case No.  2:11-cv-01455-JCM-CWH |
| MICHAEL F. OAKES, individually and doing business as OAKES APPRAISAL; and DOES 1 through 5, inclusive, | | |
| Defendants. | | |

Counsel of record for Defendant Michael F. Oakes ("Defendant") and counsel of record for Plaintiff FEDERAL DEPOSIT INSURANCE CORPORATION as receiver for AMTRUST BANK ("FDIC"), hereby stipulate and move the court for entry of an order dismissing with prejudice all causes of action pending in the above-entitled matter.  Each party to bear its own attorney fees and costs.

4832-0883-9956.1

| | |
|---|---|
| DATED this 18th day of July, 2013. | DATED this 19th day of July, 2013. |

By: /s/ J. Scott Burris
*(signed by filing attorney with permission of Defendants' attorney)*
Michael M. Edwards, Bar No. 6281
John Scott Burris, Bar No. 10529
WILSON ELSER MOSKOWITZ
EDELMAN & DICKER
300 South Fourth Street, 11th Floor
Las Vegas, Nevada 89101
Telephone:  (702) 727-1400
Facsimile:   (702) 727-1401

Attorneys for Defendants Michael F. Oakes and Oakes Appraisal

By: /s/ David R. Hall
David R. Hall, Bar No. 9571
Scott S. Bell, Bar No. 9507
PARSONS BEHLE & LATIMER
201 South Main Street, Suite 1800
Salt Lake City, Utah 84111
Telephone:  (801) 532-1234
Facsimile:   (801) 536-6111

Robert W. DeLong, Bar No. 10022
PARSONS BEHLE & LATIMER
50 W. Liberty Street, Suite 750
Reno, Nevada 89501
Telephone:  (775) 323-1601
Facsimile:   (775) 348-72500

Attorneys for Plaintiff Federal Deposit Insurance Corporation as Receiver for AmTrust Bank

**IT IS SO ORDERED**

_____
UNITED STATES DISTRICT JUDGE
Dated: _July 23, 2013_____

4832-0883-9956.1

# **CERTIFICATE OF SERVICE**

I hereby certify that on this 19th day of July, 2013, I filed the foregoing using the ECF system which sent notice to the following:

Michael M. Edwards
John Scott Burris
WILSON ELSER MOSKOWITZ
EDELMAN & DICKER
300 South Fourth Street, 11th Floor
Las Vegas, Nevada 89101
Michael.Edwards@wilsonelser.com
J.Scott.Burris@wilsonelser.com

Attorneys for Defendant

/s/David R. Hall

4832-0883-9956.1